# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMY HANNAFORD, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>MY ANGEL CORPORATION, a domestic corporation,<br><br>            Defendant. | CASE NO. 2:23-CV-02014-LK<br><br>ORDER OF DISMISSAL |

Pursuant to the Court's May 7, 2024 Docket Entry, the Court DISMISSES this case with prejudice and without court-ordered costs or attorney's fees to any party. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

DATED this 11th day of June, 2024.

_____
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1